BEFORE THE SECOND DIVISION, MAY 24, 1956

**No. 59932.**—Standard Oil Co. of California and Guy B. Barham Company v. United States, protest 222811–K (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel API casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

**No. 59933.**—Wedemann & Godknecht, Inc. v. United States, protests 232937–K and 235969–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of table knives the same in all material respects as those the subject of Abstract 59316, the claim of the plaintiff was sustained.